```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNA WURTZBURGER,

                       Plaintiff,

      -against-

EVERETT KORET, JERRY FLORY, JAMY
FLORY and FLORY CORP.,

                       Defendants.
------------------------------------------------------------X

16 **CIVIL** 7897 (KMK)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 14, 2018, the Motion for Summary Judgment is granted as to Plaintiff's federal claim. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claim; accordingly, the case is closed.

**Dated:**  New York, New York
          May 16, 2018

                                                            **RUBY J. KRAJICK**
                                                              **Clerk of Court**
                              BY:
                                                               *K. Mango*
                                                              **Deputy Clerk**